IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHARLES HOLBROOK, | : | Case No. 1:21-cv-384 |
| Petitioner, | : | |
| | : | Judge Matthew W. McFarland |
| vs. | : | |
| STATE OF MICHIGAN, | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 2) AND DISMISSING PETITIONER'S PETITION FOR RELIEF**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 2), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **DISMISSES** Petitioner's Petition for Relief (Doc. 1) without prejudice subject to refiling in the proper venue.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND